# U.S. District Court
# District of New Hampshire (Concord)
# CIVIL DOCKET FOR CASE #: 1:23−cv−00499−JL−AJ

| | |
|---|---|
| Testerman et al v. NH Secretary of State et al | Date Filed: 11/07/2023 |
| Assigned to: Judge Joseph N. Laplante | Date Terminated: 01/09/2024 |
| Referred to: US Magistrate Judge Andrea K Johnstone | Jury Demand: None |
| Cause: 28:1331 Fed. Question | Nature of Suit: 441 Civil Rights: Voting |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Karen Testerman**     represented by     **Karen Testerman**
9 Stone Avenue
Franklin, NH 03235
603 934−7111
Email: karen@karentesterman.com
PRO SE

**Plaintiff**

**Lynn−Diane Briggs**     represented by     **Lynn−Diane Briggs**
4 Golden Pond Lane
Amherst, NH 03031
603 801−6886
Email: lynbdance@gmail.com
PRO SE

**Plaintiff**

**Wayne Paul Saya, Sr.**     represented by     **Wayne Paul Saya, Sr.**
24 Cadogan Way
Nashua, NH 03062
571 220−3344
PRO SE

V.

**Defendant**

**NH Secretary of State**
*TERMINATED: 01/09/2024*
*other*
David Scanlan
*TERMINATED: 01/09/2024*

represented by **Brendan Avery O'Donnell**
NH Department of Justice (Concord)
33 Capitol St
Concord, NH 03301
603−271−3650
Fax: 603−271−2110
Email: brendan.a.odonnell@doj.nh.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

represented by

| | |
|---|---|
| **NH Republican State Committee**<br>*TERMINATED: 01/09/2024*<br>other<br>Chris Ager<br>*TERMINATED: 01/09/2024* | **Bryan K. Gould**<br>Cleveland Waters & Bass PA<br>Two Capital Plaza<br>PO Box 1137<br>Concord, NH 03302–1137<br>603 224–7761<br>Email: gouldb@cwbpa.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Demetrio F. Aspiras , III**<br>Drummond Woodsum<br>670 N Commercial St, Ste 207<br>Manchester, NH 03101–1845<br>603–792–7414<br>Fax: 603–716–2899<br>Email: daspiras@dwmlaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Jacob Rhodes**<br>Cleveland Waters & Bass PA<br>Two Capital Plaza<br>PO Box 1137<br>Concord, NH 03302–1137<br>603–224–7761<br>Email: rhodesj@cwbpa.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Mark V. Franco**<br>Drummond Woodsum<br>84 Marginal Way, Ste 600<br>Portland, ME 04101<br>207 772–1941<br>Email: mfranco@dwmlaw.com<br>*ATTORNEY TO BE NOTICED* |
| **other**<br><br>**Attorney Norman J Silber** represented by | **Norman Jules Silber**<br>Attorney Norman J. Silber<br>243 Mountain Dr<br>Gilford, NH 03249–6764<br>603–293–0565<br>Email: njs@silbersnh.com<br>*TERMINATED: 01/02/2024*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/13/2024 | 80 | Plaintiff's Motion for Voluntary Dismissal of Defendant Chris Ager, Without Prejudice filed by Lynn–Diane Briggs, Wayne Paul Saya, Sr.Follow up on Objection on 3/27/2024. The court only follow up date DOES NOT include 3 additional days that |

| | | |
|---|---|---|
| | | may apply per FRCP 6(d) and FRCrP 45(c).(jb) (Entered: 03/13/2024) |
| 04/12/2024 | | **ENDORSED ORDER granting 80 Plaintiff's Motion for Voluntary Dismissal of Defendant Chris Ager, Without Prejudice. *Text of Order: Granted.* So Ordered by Judge Joseph N. Laplante.(jb)** (Entered: 04/15/2024) |
| 04/15/2024 | 87 | Clerk's Supplemental Certificate transmitted to US Court of Appeals re 84 Notice of Appeal with documents numbered 80, 4/12/2024 Endorsed Order.(jb) (Entered: 04/15/2024) |

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Karen Testerman, et al.

    v.                                              No. 23-cv-499-JL-AJ

NH Secretary of State, et al.


CLERK'S SUPPLEMENTAL CERTIFICATE TO
<u>CIRCUIT COURT OF APPEALS</u>

    I, Jadean Barthelmes, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the record on appeal to the First Circuit Court of Appeals:

    DOCUMENTS NUMBERED:  80, 4/12/2024 Endorsed Order

    The Clerk's Office hereby certifies the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries.

                                    IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, April 15, 2024

**FCPKGN'L0N[ PEJ , Clerk**

**By: /s/ Jadean Barthelmes, Deputy Clerk**

**Apr 15, 2024**

# U.S. District Court

## District of New Hampshire

## Notice of Electronic Filing

The following transaction was entered on 4/15/2024 at 10:56 AM EDT and filed on 4/12/2024

**Case Name:** Testerman et al v. NH Secretary of State et al
**Case Number:** 1:23−cv−00499−JL−AJ
**Filer:**
**WARNING: CASE CLOSED on 01/09/2024**
**Document Number:** No document attached

**Docket Text:**
**ENDORSED ORDER granting [80] Plaintiff's Motion for Voluntary Dismissal of Defendant Chris Ager, Without Prejudice.** *Text of Order: Granted.* **So Ordered by Judge Joseph N. Laplante.(jb)**


**1:23−cv−00499−JL−AJ Notice has been electronically mailed to:**

Brendan Avery O'Donnell &nbsp &nbsp brendan.a.odonnell@doj.nh.gov, DOJ−CivilBureaucourts@doj.nh.gov, jill.tekin@doj.nh.gov

Bryan K. Gould &nbsp &nbsp gouldb@cwbpa.com, barnardb@cwbpa.com, tomaoc@cwbpa.com

Demetrio F. Aspiras , III &nbsp &nbsp daspiras@dwmlaw.com, Rkeller@dwmlaw.com

Jacob Rhodes &nbsp &nbsp rhodesj@cwbpa.com, barnardb@cwbpa.com, conaltym@cwbpa.com

Karen Testerman &nbsp &nbsp karen@karentesterman.com

Lynn−Diane Briggs &nbsp &nbsp lynbdance@gmail.com

Mark V. Franco &nbsp &nbsp mfranco@dwmlaw.com, acarr@dwmlaw.com, jjacques@dwmlaw.com, rkeller@dwmlaw.com

Norman Jules Silber (Terminated) &nbsp &nbsp njs@silbersnh.com

**1:23−cv−00499−JL−AJ Notice, to the extent appropriate, must be delivered conventionally to:**

Wayne Paul Saya, Sr
24 Cadogan Way
Nashua, NH 03062

FILED - USDC -NH
2024 MAR 19 pm1142

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Karen Testerman, *pro se*

Lynn-Diane Briggs, *pro se*

Wayne Paul Saya, Sr., *pro se*

Plaintiffs

Vs

DAVID SCANLAN
SECRETARY OF STATE FOR NEW HAMPSHIRE, et al,

Defendants

Docket No. 1:23-cv-00499-JL-AJ

PLAINTIFFS MOTION FOR VOLUNTARY DISMISSAL OF
DEFENDANT CHRIS AGER, WITHOUT PREJUDICE.

Now come the Plaintiffs, Wayne P. Saya, Sr., "Plaintiff Saya" and Lynn-Diane Briggs, "Plaintiff Briggs", both *pro se*, and respectfully move the Court for a "Voluntary Dismissal of Defendant Chris Ager", "Defendant Ager", from the above-named and numbered complaint, independently and in his official capacity as Chairman of New Hampshire Republican State Committee "NHRSC", and without prejudice, for the following reasons:

1.  The honorable Joseph N. Laplante, has not issued 'Final judgement' of the above-named and numbered case. *See* LeBoon v Lancaster Jewish Community Ctr Ass'n, 503 F3d 217, 224 (CA 3, 2007).

1

2. On or around February 4th, 2024, Defendant Ager's counsel of record requested Plaintiffs Saya and Briggs to seriously consider dismissing the complaint, for reasons of law and costs of the litigation.

3. After a careful consideration of the financial legal obligations for Defendant Ager and the NHRSC to support such a Federal Appeal, Plaintiffs Saya and Briggs have measured Defendant Ager's request.

4. Although Plaintiffs Saya and Briggs still believe there may remain a continuing controversy regarding Defendant Ager's actions and of the New Hampshire State Election laws, Plaintiffs believe, but especially during a Presidential Election year, it is in the best financial interest of the NHRSC and in the interest of Party unity, to submit this Motion for a Voluntary Dismissal, without prejudice.

5. In reciprocating, Plaintiffs Saya and Briggs have made a good faith overture to Defendant Ager's counsel, that will determine Party unity, independent of this Motion for voluntarily dismissal.

Therefore, Plaintiffs Saya and Briggs pray the honorable court will grant the above-named and numbered action, in the interest of Justice, or for any reason/s this court may deem fair and just.

**SWORN TO UNDER PAINS AND PENALTIES OF PERJURY THIS 12TH, DAY OF MARCH, 2024.**

*[signature: Wayne Paul Saya, Sr.]*                /Lynn-Diane Briggs

Wayne Paul Saya, Sr., *pro se*              Lynn-Diane Briggs, *pro se*
Plaintiff                                    Plaintiff
24 Cadogan Way                               4 Golden Pond Lane
Nashua, New Hampshire 03062                  Amherst, New Hampshire 03031
571-220-3344                                 603-801-6886
Waynesaya2@gmail.com                         Lynbdance@gmail.com

3

## CERTIFICATE OF SERVICE

I, Wayne Paul Saya, Sr., Plaintiff, *pro se*, have caused to deliver the named, PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT CHRIS AGER, WITHOUT PREJUDICE, and the foregoing documents have been served upon the following Defendants and remaining Plaintiff by electronic mail:

David Scanlan, Defendant
Secretary of State of New Hampshire
C/O: Brendan Avery O'Donnell
NH Department of Justice (Concord)
One Granite Place South
Concord, NH 03301
603-271-3650
Fax: 603-271-2110
Email: brendan.a.odonnell@doj.nh.gov

Chris Ager, Defendant
Chairman
NH Republican State Committee
10 Water Street, Concord, NH 03301
By Counsel: Attorney Bryan Gould
Cleveland, Waters and Bass, P.A.
2 Capital Plaza, Concord, NH 03302-1137
(603) 224-7761
gouldb@cwbpa.com

Karen Testerman, Plaintiff, *pro se*
9 Stone Avenue
Franklin, New Hampshire 03235
Karen@KarenTesterman.com
571-220-3344 mobile

**SWORN TO UNDER PAINS AND PENALTIES OF PERJURY this 12th, day of March, 2024.**

/s/ Wayne Paul Saya, Sr.

Wayne Paul Saya, Sr. Plaintiff, pro se
24 Cadogan Road
Nashua, New Hampshire 03062
Waynesaya2@gmail.com
571-220-3344 mobile

/Lynn-Diane Briggs

Lynn-Diane Briggs, Plaintiff, *pro se*
4 Golden Pond Lane
Amherst, New Hampshire 03031
Lynbdance@gmail.com
603-801-6886