# United States Court of Appeals
## For the First Circuit

No. 24-1316

LYNN-DIANE BRIGGS; WAYNE P. SAYA, SR.,

Plaintiffs - Appellants,

KAREN TESTERMAN,

Plaintiff,

v.

DAVID SCANLAN, NH Secretary of State; CHRIS AGER, Chairman, NH Republican State Committee,

Defendants - Appellees.

**NOTICE**

Issued: April 19, 2024

Our records indicate that the attorney listed below has not registered for a CM/ECF account in this court. Any attorney who intends to file documents in this case, or wishes to continue receiving court issued documents, must register immediately with PACER for a CM/ECF account. For additional information, please go to our website, www.ca1.uscourts.gov, and select "E-Filing (Information)."

If you do not represent a party to this appeal and want to be removed from the service list, you may file a "Request for Removal from Service List." A copy of this form can be found on our on our website, www.ca1.uscourts.gov, under "Forms & Instructions."

**After May 3, 2024, the clerk's office will no longer send paper copies of court issued documents to the following attorney, unless they register for a CM/ECF account prior to that date.**

Jacob Rhodes

Maria R. Hamilton, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: Joseph - (617) 748-9051


cc:
Demetrio F. Aspiras III
Lynn-Diane Briggs
Mark V. Franco
Bryan K. Gould
Brendan A. O'Donnell
Jacob Rhodes
Wayne P. Saya Sr.