# United States Court of Appeals
## For the First Circuit

No. 24-1316

LYNN-DIANE BRIGGS; WAYNE P. SAYA, SR.,

Plaintiffs - Appellants,

KAREN TESTERMAN,

Plaintiff,

v.

DAVID SCANLAN, NH Secretary of State; CHRIS AGER, Chairman, NH Republican State Committee,

Defendants - Appellees.

**ORDER OF COURT**

Entered: April 26, 2024
Pursuant to 1st Cir. R. 27.0(d)

Appellants Lynn-Diane Briggs and Wayne P. Saya Sr. have failed to file a transcript report/order form by the deadline. If transcripts are necessary for this appeal, appellants are directed to file a transcript report/order form by **May 10, 2024**. Absent a timely response, this court will set a briefing schedule, if appropriate.

By the Court:

Maria R. Hamilton, Clerk

cc:
Demetrio F. Aspiras III, Lynn-Diane Briggs, Mark V. Franco, Bryan K. Gould, Brendan A. O'Donnell, Jacob Rhodes, Wayne P. Saya Sr., Norman J. Silber, Karen Testerman