# United States Court of Appeals
## For the First Circuit

No. 24-1316

LYNN-DIANE BRIGGS; WAYNE P. SAYA, SR.,

Plaintiffs - Appellants,

KAREN TESTERMAN,

Plaintiff,

v.

DAVID SCANLAN, NH Secretary of State; CHRIS AGER, Chairman, NH Republican State Committee,

Defendants - Appellees.

---

**NOTICE**

Issued: May 6, 2024

By a previously issued Notice, the clerk's office warned that it would no longer send paper copies of court documents to those attorneys who had not registered for a CM/ECF account in this court.

The following attorney has failed to register for an account and will no longer receive notice in this case:

Jacob Rhodes

The following attorneys will continue to receive notice in this case:

Demetrio F. Aspiras III
Mark V. Franco
Bryan K. Gould
Brendan A. O'Donnell

Please note that any attorney who has been removed from the service list, and later wishes to resume receiving notice, must register for a CM/ECF account and enter a notice of appearance in this case.

Maria R. Hamilton, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Joseph - (617) 748-9051

cc:
Demetrio F. Aspiras III
Lynn-Diane Briggs
Mark V. Franco
Bryan K. Gould
Brendan A. O'Donnell
Jacob Rhodes
Wayne P. Saya Sr.
Karen Testerman