# NORMAN J. SILBER
## ATTORNEY

243 MOUNTAIN DRIVE  
GILFORD, NEW HAMPSHIRE 03249  
EMAIL: NJS@SILBERSNH.COM  
MEMBER OF THE FLORIDA BAR & THE NEW HAMPSHIRE BAR

TEL (603) 293-0565

CELL (305) 803-5400

May 2, 2024

Maria R. Hamilton, Clerk  
US Court of Appeals- First Circuit  
1 Courthouse Way  
Boston, MA 02210

Dear Madam Clerk:

    Re: Briggs et al v Scanlan et al  
    Case # 24-1316

    This will acknowledge receipt of a copy of your court's order dated April 26, 2024, in the above matter, on which I was copied.

    Please note that although I made a brief appearance in the case in the District Court as co-counsel for the plaintiffs, shortly after that appearance I moved to withdraw and that motion was quickly granted by the District Judge. Thus, I was, and am, no longer involved in the matter in any capacity.

    Further, I have not appeared in the case in your court, nor am I am member of the Bar of your court, although I may seek admission at some later time.

    Thus, it would be appreciated, and same some unnecessary expense, if I am no longer copied on anything having to do with this matter, whether by email or otherwise.

    Please let me know if you have any questions about this.

Respectfully,

Norman J. Silber  
NH Bar # 18355

243 Mountain Drive
Gilford, NH 03249

MANCHESTER NH 030

3 MAY 2024 PM 1 L



USMS SCREENED

Maria R. Hamilton, Clerk
US Court of Appeals- First Circuit
1 Courthouse Way
Boston, MA 02210

02210-302499