# No. 24-1316

# United States Court of Appeals
# For the First Circuit

---

**LYNN-DIANE BRIGGS, et al**

*Pro Se Appellants'*

v

**DAVID SCANLAN**
SECRETARY OF STATE FOR NEW HAMPSHIRE

*Appellee*

## APPELLANTS *PRO SE* MOTION FOR A TWO-WEEK EXTENSION OF TIME TO FILE BRIEF.

Now comes the appellants, *pro se*, in the above-named and numbered action, requests this honorable court for a 2-week extension of time to file our opening brief, currently due July, 1, 2024.

Accordingly, today, June 25, 2024, at 9:01am, appellee's attorney Brenden O'Donnell, (603-271-3650, brendan.a.odonnell@doj.nh.gov) has assented ". . . *for a 14-day extension of the deadline for appellant's to file their opening brief.*"

Pursuant to family health issues (related to appellant Saya), and both appellants inability to confer with each other to perfect their 'opening brief' during Saya's family medical issues, both appellants are making this request, as both appellants issues are identical.

**Prayer for Relief**

Appellants Pray the honorable court will grant their motion, in the interest of justice, or for any reason the court deems fair and just.

Respectfully Submitted, and

**SWORN TO UNDER PAINS AND PENALTIES OF PERJURY THIS 25TH DAY OF JUNE, 2024.**

/s/ *Wayne Paul Saya, Sr.*   /s/ *Lynn-Diane Briggs*

| | |
|---|---|
| Wayne Paul Saya, Sr. Plaintiff, *pro se* | Lynn-Diane Briggs, Plaintiff, *pro se* |
| 24 Cadogan Road | 4 Golden Pond Lane |
| Nashua, New Hampshire 03062 | Amherst, New Hampshire 03031 |
| Waynesaya2@gmail.com | Lynbdance@gmail.com |
| 571-220-3344 mobile | 603-801-6886 |

# CERTIFICATE OF SERVICE

I, Wayne Paul Saya, Sr., and Lynn-Diane Briggs, *pro se* appellants, have caused to deliver the named , APPELLANTS *PRO SE* MOTION FOR A TWO-WEEK EXTENSION OF TIME TO FILE BRIEF, and the foregoing documents have been served upon the following Defendants by US mail and by electronic mail:

Secretary of State of New Hampshire
C/O: Brendan Avery O'Donnell
NH Department of Justice (Concord)
One Granite Place South
Concord, NH 03301
603-271-3650
Fax: 603-271-2110
Email: brendan.a.odonnell@doj.nh.gov

**SWORN TO UNDER PAINS AND PENALTIES OF PERJURY this 25th, day of June, 2024.**

/s/ *Wayne Paul Saya, Sr.*  /s/ *Lynn-Diane Briggs*

Wayne Paul Saya, Sr. Plaintiff, *pro se*   Lynn-Diane Briggs, Plaintiff, *pro se*
24 Cadogan Road                            4 Golden Pond Lane
Nashua, New Hampshire 03062                Amherst, New Hampshire 03031
Waynesaya2@gmail.com                       Lynbdance@gmail.com
571-220-3344 mobile                        603-801-6886