# United States Court of Appeals
## For the First Circuit

No. 24-1316

LYNN-DIANE BRIGGS; WAYNE P. SAYA, SR.,

Plaintiffs - Appellants,

KAREN TESTERMAN,

Plaintiff,

v.

DAVID SCANLAN, Secretary of State, NH,

Defendant - Appellee,

CHRIS AGER, Chairman, NH Republican State Committee,

Defendant.

**ORDER OF COURT**

Entered: July 1, 2024
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellants Lynn-Diane Briggs and Wayne P. Saya Sr. to file a brief be enlarged to and including **July 15, 2024**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Demetrio F. Aspiras III, Lynn-Diane Briggs, Mark V. Franco, Bryan K. Gould, Brendan A. O'Donnell, Wayne P. Saya Sr.