# CERTIFICATE OF SERVICE

I, Wayne Paul Saya, Sr., and Lynn-Diane Briggs, Appellants, *pro se*, have caused to deliver the named , APPELLANTS ADDENDUM THAT INCORPORATES 2-ORDERS OF THE COURT, 1-TRIAL TRANSCRIPT AND 1-EXHIBIT, and the foregoing documents have been served upon the following Defendant by electronic mail and first class postage pre-paid.

David Scanlan, Defendant
Secretary of State of New Hampshire
C/O: Brendan Avery O'Donnell
NH Department of Justice (Concord)
One Granite Place South
Concord, NH 03301
603-271-3650
Fax: 603-271-2110
Email: brendan.a.odonnell@doj.nh.gov


**SWORN TO UNDER PAINS AND PENALTIES OF PERJURY this 15th, day of July, 2024.**


/s/ Wayne Paul Saya, Sr.					/s/ Lynn-Diane Briggs

Wayne Paul Saya, Sr. Plaintiff, pro se		Lynn-Diane Briggs, Plaintiff, *pro se*
24 Cadogan Road							4 Golden Pond Lane
Nashua, New Hampshire 03062				Amherst, New Hampshire 03031
Waynesaya2@gmail.com					Lynbdance@gmail.com
571-220-3344 mobile							603-801-6886