# United States Court of Appeals
## For the First Circuit

No. 24-1316

LYNN-DIANE BRIGGS; WAYNE P. SAYA, SR.,

Plaintiffs - Appellants,

KAREN TESTERMAN,

Plaintiff,

v.

DAVID SCANLAN, Secretary of State, NH,

Defendant - Appellee,

CHRIS AGER, Chairman, NH Republican State Committee,

Defendant.

**MANDATE**

Entered: November 6, 2024

In accordance with the judgment of October 15, 2024, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Demetrio F. Aspiras III, Lynn-Diane Briggs, Mark V. Franco, Anthony J. Galdieri, Bryan K. Gould, Brendan A. O'Donnell, Wayne P. Saya Sr., Karen Testerman